UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

U.S. BANK NATIONAL ASSOCIATION,
not in its individual capacity but solely as
trustee for the RMAC TRUST, SERIES
2016-CTT,

     Plaintiff,

v.

GLORIA HELLER, et al.,

     Defendants.

No. 5:22-CV-093-H

## NOTICE

Before the Court is the Plaintiff's Motion for Entry of Agreed Partial Judgment. Dkt. No. 10. The plaintiff and three of four named defendants appear to "have now reached an agreement to resolve this dispute" between them, and the plaintiff asks the Court to enter its Agreed Partial Judgment bearing those defendants' signatures. Dkt. Nos. 10 at 1; 10-1 at 4. As the proposed partial judgment recognizes, the plaintiff's "claims against Gloria Heller remain pending." Dkt. No. 10-1 at 3.

To avoid the possibility of rendering inconsistent judgments as to the parties' interests in the property at issue, the Court provides this notice to inform the parties that it intends to delay resolution of the Motion for Entry of Agreed Partial Judgment (Dkt. No. 10) until the remaining defendant's potential interest is adjudicated or otherwise resolved by similar agreement.

So ordered on August **29**, 2022.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE